IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DUSTIN TYLER BABB, | : | CASE NO. 23-40657-BEM |
| Debtor(s); | : | |
| ------------------------------ | : | ------------------------ |
| BRIDGECREST ACCEPTANCE CORPORATION | : | CONTESTED MATTER |
| Creditor | : | |
| Vs. | : | |
| DUSTIN TYLER BABB, Debtor(s);<br>K. EDWARD SAFIR, Trustee; | : | |
| Respondent(s). | : | |

**<u>OBJECTION TO CONFIRMATION OF PRE-CONFIRMATION MODIFICATION OF</u>**

**<u>CHAPTER 13 PLAN</u>**

COMES NOW Bridgecrest Acceptance Corporation (the "Creditor"), a creditor of the referenced Debtor, and hereby moves this Court to deny confirmation of Debtor's Pre-Confirmation Modification of Chapter 13 ("Plan"). In support of its objection, the Creditor shows the Court as follows:

1.

On May 03, 2023, Dustin Tyler Babb ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. §1301 et seq., and said case is presently pending before this Court.

1

2.

Creditor has a net claim in this case in the approximate amount of $25,538.63 secured by a **2016 Chevrolet Equinox Utility 4D LT 2.4L I4,** VIN: **2GNALCEK6G1107292** (the "Collateral"). Copies of the Installment Sales Contract ("Contract") and Certificate of Title are attached as Exhibits "A" and "B" respectively.

3.

Debtor's Pre-Confirmation Modification of Chapter 13 Plan proposes to pay Creditor's claim of $25,538.63 at $25,538.63 at 5.50% interest.

4.

The Plan fails to pay the applicable prime plus interest rate. In addition, the debtor must pay the present value of the secured claim by paying the creditor a discount rate of interest as measured by the formula rate expressed by the United States Supreme Court in *Till v. SCS Credit Corp.*, 541 U.S. 465 (2004). See also *Drive Fin. Servs., L.P. v. Jordan*, 521 F.3d 343 (5th Cir. 2008) (applying prime plus rate to vehicle lender's claim). The current prime rate of interest is 8.250%. To the extent that the Plan proposes to pay less than the prime interest rate plus 3.000%, Creditor objects to the confirmation of the Plan.

5.

Finally, the Bankruptcy Code requires that a plan may be confirmed over an objection of a secured creditor only if the payments made under the plan are "in equal monthly amounts." 11 U.S.C. §1325(a)(5)(B)(iii)(I). To the extent that the Plan provides payments to Creditor on a pro rata basis, Creditor objects to the confirmation of the Plan.

6.

This case may not be feasible in contravention of 11 U.S.C. §1325(a)(6). Debtor bears the burden of proving all elements of confirmation, including the feasibility of this case and should be required to produce documents to support all income and expenses listed on Schedules I and J.

7.

The specific terms of the proposed plan itself are not proposed in good faith in violation of 11 U.S.C. §1325(a)(3).

8.

Creditor requests proof of full coverage insurance on the Collateral to ensure it is adequately protected.

WHEREFORE, the Creditor prays that its Objection to Confirmation of Pre-Confirmation Modification of Chapter 13 ("Plan") be inquired into and sustained and that it has such other and further relief as this Court deems just and proper.

This June 30, 2023.

                                              Respectfully submitted:
                                              The Law Office of
                                              RICHARD B. MANER, P.C.
                                              Attorneys for Creditor


                                              By: ___/s/ Richard B. Maner
                                                    Richard B. Maner

180 Interstate N Pkwy
Suite 200
Atlanta, GA 30339
(404) 252-6385 (Tel)
rmaner@rbmlegal.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DUSTIN TYLER BABB, | : | CASE NO. 23-40657-BEM |
| Debtor(s); | : | |
| ------------------------------ | : | ------------------------ |
| BRIDGECREST ACCEPTANCE CORPORATION | : | CONTESTED MATTER |
| Creditor, | : | |
| Vs. | : | |
| DUSTIN TYLER BABB, Debtor(s); K. EDWARD SAFIR, Trustee; | : | |
| Respondent(s). | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the OBJECTION TO CONFIRMATION OF PRE-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN on the following parties shall be served via 1) electronically, if allowed by and pursuant to the requirements of local rule, or 2) by depositing same in the United States Mail in properly addressed envelope(s) with adequate postage to all others, as follows:

Dustin Tyler Babb
4580 Highway 52A
Chatsworth, GA 30705

1

Dan Saeger
Saeger & Associates, LLC
Suite D,
706 S Thornton Ave
Dalton, GA 30720

K. Edward Safir
Suite 1600, 285 Peachtree Center Ave.
NE
Atlanta, GA 30303
none@none.com

This June 30, 2023.                    Respectfully Submitted:
                                                     The Law Office of
                                                     RICHARD B. MANER, P.C.
                                                     Attorneys for Movant

                                                     By: /s/Richard B. Maner
                                                     Richard B. Maner

2